IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CECIL HARREN COLE,

    Petitioner,

v.                                            CASE NO. 5:06-cv-00031-MCR-AK

JAMES CROSBY, JR.,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Cecil Harren Cole. The motion is not on the proper form, the financial certificate has not been completed by a prison official, and the statement of account covers only a four-month period, not the required six-month period. Thus, the motion for IFP requires amendment. Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification and account information.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **March 9, 2006**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information and the certification, clearly designated as an "amended" application, or pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *9th* day of February, 2006.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**