# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CECIL HARREN COLE,

    Petitioner,

v.                                                                   CASE NO. 5:06cv031/MCR/AK

JAMES MCDONOUGH,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 12, 2007. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation, Doc. 29, is adopted and incorporated by reference in this order.

    2. The second amended petition for writ of habeas corpus, Doc. 12, is **DENIED**.

    3. This cause is hereby **DISMISSED WITH PREJUDICE**.

    DONE AND ORDERED this 28th day of November, 2007.

                                          _s/ M. Casey Rodgers_
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**